IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR120 |
| vs. | |
| MACANTHONY GORDON, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Supervised Release Disposition Violation Hearing (filing 52) is granted.

2. Defendant MacAnthony Gordon's violation of supervised release hearing is continued to July 21, 2016, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 7th day of April, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge