IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MACANTHONY GORDON,<br><br>　　　　　Defendant. | 8:13CR120<br><br>ORDER |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Supervised Release Violation Disposition Hearing (filing 54) is granted.

2. Defendant MacAnthony Gordon's violation of supervised release hearing is continued to October 20, 2016, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 20th day of July, 2016.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　United States District Judge