IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MACANTHONY GORDON,<br><br>                Defendant. | **8:13CR120**<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Supervised Release Violation Disposition Hearing (filing 60) is granted.

2. Defendant MacAnthony Gordon's violation of supervised release hearing is continued to February 16, 2017, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of October, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge